UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                          CHAPTER 13 PROCEEDING

JAMES A. HARVISON                                               CASE NO. 14-50555 KMS
806 PROGRESS RD
MCLAIN, MS  39456

### TRUSTEE'S AMENDED MOTION TO DISALLOW CLAIM

COMES NOW, J. C. Bell, Trustee herein, and shows unto the Court that the creditor below:

**ARMY & AIR FORCE EXCHANGE SERVICES**
**C/O BASS & ASSOCIATES, P.C.**
**3936 E. FT LOWELL, STE. 200**
**TUCSON, AZ  85712**

filed a **SECURED** claim, (Claim #15), in the amount of **$2,651.56** against the estate of the Debtors. The original claim has

been filed with the Court.

Trustee moves the Court to disallow the claim for the following reason:

**THIS DEBT IS NOT PROVIDED FOR ON PLAN.**

SO MOVED ON THIS DAY, July 23, 2014.

/s/  J.C. BELL
_____

J.C. BELL, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011, EXT. 36

### CERTIFICATE OF SERVICE

I, J.C. BELL, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtors, Debtors'
Attorney and to the affected creditor at the addresses listed below by placing a copy of same in the United States Mail with
postage prepaid on this day, July 23, 2014.

**JAMES A. HARVISON                              **DAVID L. LORD
806 PROGRESS RD                                   DAVID L. LORD & ASSOCIATES
MCLAIN, MS  39456                                 808 WEST PINE STREET
                                                  HATTIESBURG, MS  39401

**ARMY & AIR FORCE EXCHANGE SERVICES
C/O BASS & ASSOCIATES, P.C.
3936 E. FT LOWELL, STE. 200
TUCSON, AZ  85712

/s/  J.C. BELL
_____

J.C. BELL, STANDING TRUSTEE